AO 467 (Rev. 9/03) Order for Defendant to Appear

FILED IN COURT ASHEVILLE, N.C.
APR 1 6 2007
U.S. DISTRICT COURT
W. DIST. OF N.C.

# UNITED STATES DISTRICT COURT

Western DISTRICT OF North Carolina

UNITED STATES OF AMERICA
V.

Cecelia Denise Hendershot

**ORDER THAT DEFENDANT APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION AND TRANSFERRING BAIL**

CASE NUMBER: 1:07mj41

CHARGING DISTRICTS
CASE NUMBER: CR 06-32-H-CCL

The defendant having appeared before this Court and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the

District of Montana Helena Division ; and that the Clerk of Court shall transfer bail deposited into the Registry of this Court, to the Clerk of the To Be Notified
*Place and Address*

, for deposit into the registry of that Court.

The defendant shall appear at all proceedings as required. The defendant shall next appear at (if blank, to be notified) Asheville, NC on May 07, 2007 at 9:30 AM
309 U.S. Courthouse Bldg *Date and Time*
100 Otis Street

This court date only applies if defendant has not received a court date from Montana.

_____
Signature of Judge

April 16 2007
*Date*

Dennis␣L.␣Howell,␣U.S.␣Magistrate␣Judge
*Name and Title of Judge*